9/25/2020

Court of Clerk, Civil Division
US District Court of MA
One Courthouse Way Suite 2300
Boston, MA 02210

Civil Court Division

RE: New Complaint Filing


**Frank Reynolds Corporation vs Robert S Langer ScD**

**Claims: Theft of Intellectual Property, Fraud, Slander and Libel.**

I am Pro Se in this case.

Please charge fees to me EM-ECF account username Reynoldsf


Robert S. Langer ScD made false statements regarding Mr. Reynolds inventorship, of USPTO
filed patents that Mr. Reynolds filed himself, with the USPTO,


Mr. Reynolds filed the USPTO patent applications for seminal neurological inventions, which
were not only invented by Francis M Reynolds, they were even named by Mr. Reynolds:

1) InVivoCore Scaffold for spinal cord injury

2) The NeuroScaffold, an injectable scaffold for spinal cord injury

3) NeuroRelease, a post-surgical, non-opiate pain drug, replacement for morphine and
   Oxy-Contin in the operating room

4) In Q1 2017, Robert S Langer knowingly published a false version of more than ½ a
   decade of Mr. Reynolds Seminal 2007-2013 primate study researcher on spinal cord
   injury treatment.

1

a. Langer was just one of the more than 100 scientists and advisors hired by Mr. Reynolds to complete Mr. Reynolds primate studies

b. The primate studies required Mr. Reynolds to travel globally, on the road on average more than 150 days per year to invent and bring the InVivoCore Scaffold to market.

   i. Mr. Reynolds completed four seminal primate studies, overcoming obstacles created by Langer.

c. In 2012, Mr. Reynolds submitted the accurate primate data to the FDA, and in March 2013, Mr. Reynolds received FDA approval to begin Human studies.

d. In 2020, the Reynolds Lab InVivoCore Scaffold human studies continue with remarkable success including patients walking after receiving the InVivoCore scaffold implant within days of an acute traumatic spinal cord injury.

e. Mr. Reynolds even has the patent for the InVivoCore surgical implant tool and scaffold packaging.

In Summer 2013, during a fabricated expense abuse investigation of Mr. Reynolds, the Board of Directors Nobel Laureate Dick Roberts forced Mr. Reynolds to buy the hardware, and the content for the real primate data center.

- Years of emails prove Robert S Langer knows Mr. Reynolds owns the real primate data, and that Mr. Reynolds has all the original primate data center technologies.

If Mr. Langer reviews his emails, he will recall years of his request to Mr. Reynolds for the real primate data, and every request was rejected by Mr. Reynolds.

- Mr. Reynolds expects Langer may hypothetically recall that Langer knew the primate data was fake for years before he published it in Q1 2017.
- Mr. Reynolds expects Langer to retract the fake primate data published in the Journal of Biomaterials in 2017.
- Mr. Langer founded the Journal of Biomaterials, so Langer knows who to call to retract the fake data, he knew who to call to publish the fake data.

Someday, Mr. Reynolds primate research team still intends to publish the real primate research data, after the taint of Robert S Langer is removed.

Langer ScD slanderous and libelous statements prove Langer could not serve the needs of two competitive corporations.  Langer caused harm to Frank Reynolds Corporation, Francis M Reynolds and PixarBio Corporation.

**Background**
- On January 3, 2017, PixarBio Corp, co-founded by Mr. Reynolds and Langer on 8/29/2013 was in a hostile take-over battle for InVivo Therapeutics.
- In Vivo Therapeutics was founded by Mr. Reynolds on 11/28/2005 and Mr. Langer signed a 1099 consultant/co-founder agreement in Q4 2006.
- InVivo Therapeutics issued **Exhibit A, InVivo Therapeutics January 3, 2017 press release**, stating Mr. Reynolds did not invent the InVivoCore Scaffold.

- After the On January 3, 2017 press release, Langer assured Mr. Reynolds he was not working with InVivo Therapeutics, and that Langer was not aware of the InVivo Therapeutics press release, telling Mr. Reynolds "They're crazy, why would they say that?"

After the Jan 3 press release, Mr. Reynolds required Robert S Langer to sign **Exhibit B, a D&O Insurance disclosure** to ensure:

  - o  Langer ScD was not working with InVivo Therapeutics

  - o  Langer did not support the false statements regarding Mr. Reynolds' not being on any USPTO filed patent applications for the InVivoCore Scaffold

  - o  Langer did not support false statements regarding Mr. Reynolds inventorship of the PixarBio NeuroScaffold in the January 4, 2017 InVivo Therapeutics press release.

Six weeks later on 2/23/2017, Dr. Langer ScD confirmed in his signed **Exhibit B, a D&O disclosure contract,** and Langer told Mr. Reynolds that he was no longer working with InVivo Therapeutics.

- Langer did not list InVivo Therapeutics in his positions for the prior 5 years.

- On 2/23/2017 indicated he has left InVivo Therapeutics more than 5 years prior to 2/23/2017.

- On March 6, 2017, in **Exhibit C, Katrin Holzhaus Email to Terminate Langer**, Mr. Reynolds terminated Langer ScDs for scientific fraud, and publishing the known to be false, primate data owned by Mr. Reynolds.

- Langer knows his lab was not involved in Mr. Reynolds Lab since Q4 2010.

***Reynolds Lab invented the only scaffolds inside humans in September 2020.***

In September 2013, Langer ScD Received 12,203,175 shares of common stock of PixarBio issued from Mr. Reynolds equity holdings.   Frank Reynolds Corporation owns the Intellectual Assets of Mr. Francis M Reynolds.

Between January 2017 and 10/8/2019, Robert S Langer ScD continued to make false, slanderous, and libelous statements to the Boston Globe, the FBI, the SEC, the DoJ among others regarding the or inventorship of Mr. Reynolds and PixarBio filed USPTO Patent NeuroScaffold application, as well as the inventorship of Mr. Reynolds InVivoCore Scaffold.   **Exhibit D Boston Globe article**

- The Neuroscaffold is a brand new injectable spinal cord injury treatment invented at PixarBio between late 2014-2017.
- Langer continued to make unfounded, false, slanderous, libelous claims that Mr. Reynolds did not invent the InVivo Therapeutics InVivoCore Scaffold even though Mr. Reynolds listed Robert S Langer ScD as fourth inventor on Mr. Reynolds own 7/13/2011 USPTO Patent Filing No. 61/507/505 **Exhibit E. Reynolds 7/13/2011 USPTO filed patent application**

Langer's unfounded, false, and felonious claims in the 9/8/2018 Boston Globe regarding the naming of PixarBio Corp.

In 2009, Mr. Reynolds lab team of more than 50 people, replicated his 2008 primate data in the seminal 2008 non-human primate study conducted at Yale University affiliated primate center on St Kitts in the Caribbean.

In 2011, Mr. Reynolds lab team of more than 100 people, replicated the prior primate study results but with the InVivoCore Scaffold made in Reynolds Lab Medford, MA

- Mr. Reynolds primate studies were the first successful primate studies, in the published history of spinal cord injury research.

- It was clear through the science that Mr. Reynolds InVivoCore scaffold was neuro-protecting the spinal cord after acute spinal cord injury

- After the 2009 replication of primate study results, Robert S Langer ScD began calling Mr. Reynolds "The Steve Jobs of Life Sciences" because "Frank went through a wall to defend his scaffold without cells". **EXHIBIT F May 2010 Journal of Neuroscience- Methods**


**Langer is oblivious to reality**

See Exhibit D. Boston Globe.  On 9/8/2018 Langer told Boston Globe reporter Jon Salzman regarding Mr. Reynolds:

"I wanted him to feel that he had some talent" and that was in Aug 2013.


Mr. Reynolds was not a Langer Lab student seeking emotional support from a professor.  Mr. Langer had a contractual business obligation to tell the truth about Mr. Reynolds InVivoCore and NeuroScaffold inventions with the potential consequence of jail time for Mr. Reynolds if Langer continued to make false statements.

**Langer was fired or Terminated, as fast as PixarBio Board could meet to discuss the Langer fraud**

Langer told the Boston Globe that "he told Reynolds to remove his name as cofounder" of PixarBio, which is a time-stamped lie, as Langer was terminated by Reynolds

In reality,

- Robert S Langer was fired by Mr. Reynolds on 3/6/2017 see <u>Exhibit C.  Katrin Holzhaus email to Robert S Langer, Terminating Langer for Scientific Fraud.</u>
- Mr. Reynolds filed all his own 2006-2018 USPTO US/INTL patent applications.
  - Langer had no responsibility to file or process Mr. Reynolds patent applications or Intellectual Assets.
- Mr. Reynolds was kind enough to add Robert S. Langer to more than 30 of Mr. Reynolds his USPTO US/INTL filed patent applications.

To read "I wanted him to feel he has some talent" is not only disgraceful from Robert S Langer, but this could lead some to believe that Mr. Langer is oblivious to reality.

Time stamped evidence confirm Robert S Langer was lying to the Boston Globe and he was clearly making false statements.  Langer is making bold face lies, and false statements regarding Mr. Reynolds a scientist, engineer, entrepreneur, and as a person

In 2015, Mr. Reynolds received the "Life-time Achievement Award" from the Boston Chapter of the American Spinal Association (ASA) for inventing the InVivoCore Scaffold.

> The Boston Chapter followed Mr. Reynolds spinal cord injury research, and they received annual updates from Mr. Reynolds on his labs progress.

In 2011, Mr. Reynolds won the American Spinal Injury Association (ASIA) David F Apple Award for the 2008 St. Kitts primate research, establishing Mr. Reynolds as a globally recognized scholar and a real Disruptive inventor in neuroscience. **EXHIBIT G.  2011 David Apple Award For Primate SCI Research**

In August 2013, Langer ScD recommended to Mr. Reynolds that the two cofound a new company to bring Langers Parkinson's Disease treatment to market

> Langer suggested the name, PixarBio to honor Mr. Reynolds for being the "Steve Jobs of Life Sciences"

> Mr Reynolds died from Parkinson's Disease so Langer took advantage of Mr. Reynolds and of course Langer did not have a Parkinson's treatments so Mr. Reynolds invented his own Parkinson's treatment and filed UAPTO patents

Robert S Langer ScD never worked in any of Mr. Reynolds Labs 2005-2018

- Since late 2006, Mr. Reynolds always hired Robert S Langer ScD as an outside 1099 Consultant to advise Mr. Reynolds **Exhibit H.  2015 Langer ScD consulting Agreement and H.1  2016 Langer Consulting Agreement Extension**

- Between 2007-2013 Langer never went to St Kitts primate research center.

- Mr. Reynolds had a two-year lease on an apartment in St Kitts for conducting primate studies.

- Between 2005-2020, Robert S. Langer ScD does not have a legal basis or a knowledge base to provide a frame of reference for Langer to any inventorship statements regarding Mr. Reynolds filed USPTO Patents.

**PixarBio D&O Disclosure Required for Langer ScD to Continue with PixarBio Corp impacting Frank Reynolds Corporation**

In February 2017, Mr. Reynolds required Robert S Langer ScD to complete EXHIBIT B, the PixarBio D&O disclosure, and Robert S Langer ScD signed it on 2/23/2017.

- The D&O Disclosure protects intellectual assets in legal document, and that in term protected Frank Reynolds Corporation assets.

- After the January 3, 2017 press release Mr. Langer ScD could not have the InVivo Therapeutics conflict and be involved with PixarBio Corp.

- On the evening of January 3, 2017, Mr. Langer ScD was clear that he did not have anything to do with the January 3, 2017 InVivo Therapeutics press release attacking Mr. Reynolds

  o Attacking his scientific career and attacking Mr. Reynolds inventorship of Mr. Reynolds own USPTO filed patent applications for the InVivoCore Scaffold, and the NeuroScaffold.

The Jan 3, 2017, InVivo Therapeutics press release caused significant harm to Frank Reynolds Corporation, and all PixarBio's Intellectual property that are owned by Frank Reynolds Corporation.

Since Aug 2103, as CEO of Frank Reynolds Corporation Mr. Reynolds invested over $10,000,000 in debt and equity into the R&D of the NeuroScaffold and NeuroRelease as Chief Executive Officer, Chief Financial Officer, and Chief Science Officer of PixarBio Corporation.

- o Langer ScD's signed with penalties for false statements, the especially important D & O disclosure, which mitigated risks of Reynolds inventorship from ever being challenged again
- The D&O signature laid the foundation for other key strategic and tactical decisions by Frank Reynolds Corporation.

## Langer Time Stamped Pattern of Intellectual Asset Theft

Since 2005, Mr. Reynolds has filed and processed his own USPTO filed patent applications.

See Exhibit I.  Reynolds 2005-20017  US/INTL USPTO patent applications

See Exhibit I.1  PixarBio Patent filing Exhibit I.1 is a PixarBio patent tree after August 2013.

For this complaint filing I'm using easy to locate time-stamped patent applications filed by Mr. Reynolds and then stolen by Robert S Langer through either a duplication of Mr. Reynolds 9/7/2009 and 4/16/2010, USPTO patent filings or through the press like interviews with the Boston Globe or through the FBI, SEC or DOJ.

**This Complaint's First Time Stamped USPTO Patent Applications**

First Theft by Robert S Langer ScD on Aug 12, 2010 of Mr. Reynolds Gel Drug Delivery Platform

1) Theft of Mr. Reynolds Seminal 9/29/2009 and 4/16/2010 USPTO Gel for SCI, and Non-opiate pain.

    a. Reynolds patents filed in 2009 – 2010 USPTO patent filings

        i. See Mr. Reynolds September 7, 2009 and April 16, 2010 <u>Francis M Reynolds USPTO Filed patent application EXHIBIT J.</u>

        ii. Aug 12, 2010 Langer ScD Filed <u>Duplicate patent application EXHIBIT K</u>

    b. Mr. Reynolds was listed first inventor on 9/7/2009, and 4/16/2010

        i. Langer ScD refiled the same patent word for word through MIT in late 2010 documenting the theft of Mr. Reynolds intellectual assets

        ii. This is not the first IP theft involving Langer ScD, but it is the first stolen IP, we will use in this complaint filing.

        iii. Robert S Langer ScD was ensnared by Mr. Reynolds cybersecurity timestamp USPTO US/INTL patent filing strategy processes.

    c. Date Time stamping on USPTO US/INTL filed patents, is a key IP cyber-security processes relied on by Frank Reynolds Corporation.

        i. to protect against independent board members, Board members, employees, 1099 consultants, or any entity from stealing Mr. Reynolds intellectual property, including Robert S Langer

    ii.  In 2004, Mr. Reynolds co-founded Wharton Consulting Partners, a cyber-security company, along with PixarBio Board of Directors member David Cass.

        1.  Mr. Cass is a Cyber-security expert, and a world-renowned Financial Industry Cyber-Security Expert.

    iii.  Mr. Cass has held executive cyber-security positions for Jamie Dimon at JP Morgan Chase, the CEO of IBM Corp, and the Federal Reserve Bank of NY

  d.  Between 2009 – 2020 Mr. Reynolds created a sophisticated cyber-security-based IP defense system to prevent and catch theft of Mr. Reynolds intellectual assets.

    i.  Whether the assets are product, research, development, manufacturing, scientific inventions, medical inventions, trade secrets, trademarks, among other assets the perpetrators are tracked.

Although, the Intellectual Asset Protection system is designed and implemented to stop external parties from stealing Mr. Reynolds valuable Intellectual assets.

- The IP protection system catches any external party, even an outside 1099 consultant like Robert S. Langer ScD or Nobel Laureate like Dick Roberts.
- When we found Robert S Langer ScD caught in our cyber-security system drag-net, the extent of the breach of trust with Robert S. Langer ScD left us all shocked.

Langer ScD knew that Mr. Reynolds filed that InVivo Therapeutics InVivoCore patent applications and the NeuroScaffold patent applications with the USPTO because Langer signed on as co-inventor after Mr. Reynolds signed his applications

- Mr. Reynolds learned to defend against Langer ScD IP theft, by adding Robert S Langer ScD to the USPTO patent filings on a time-stamped date, after Mr. Reynolds filed his own time-stamped dated filed USPTO patent applications.
- Mr. Reynolds 2005 patent professor at MIT, taught Mr. Reynolds to separate the time-stamped filing dates of co-inventors, as the best way to stop co-inventors from claiming primary ownership, before Mr. Reynolds.
  - Reynolds discussed Langer with professor Akula, and the time-stamp method was believed to be the best way to stop Langer or MIT theft of Mr. Reynolds patent applications and other intellectual assets.

**Lauren Foster of MIT Technology License Office Caught Langer Patent Theft**

In late 2011, Mr. Reynolds' received a call from the MIT Technology License Office, because the USPTO had rejected a Robert S Langer ScD patent filed on 8/12/2010.

- The USPTO rejected Robert S Langer ScD August 12, 2010 patent application because:
  - Langer's 8/12/2010 USPTO filed patent application, completed by MIT PhD Christopher Pritchard, was word for word identical to Mr. Reynolds' 9/7/2009 and 4/16/2010 filed patent application Exhibit J. and the time stamped USPTO application identify Mr. Reynolds is the inventor.
- Mr. Reynolds strategy to stop Langer ScD from stealing IP worked.

Everyone is still in shock in 2020 that Langer stole Mr. Reynolds filed 9/7/10 and 4/16/2015 patent application. Exhibit J.

- Reynolds is listed as first inventor

- Reynolds was kind enough to add Robert S Langer ScD, to Mr. Reynolds patents

- Langer harmed Reynolds with the theft of the patent in exchange for a MIT Chemical Engineering PhD completed in just 29-months

Exhibit K. Aug 12, 2010 Langer Patent Filing   Langer stole Mr. Reynolds patent on 8/12/2010, and with false statements and without Mr. Reynolds authorization or signature.

- Langer submitted a brand-new patent application to the USPTO with his name listed as first inventor.

- On August 12, 2010, Langer listed Mr. Reynolds as the 8th inventor but without Mr. Reynolds signature

- Mr. Reynolds NEVER authorized anyone at MIT to steal his patent, and Mr. Reynolds did not know Langer was stealing his intellectual asset.

  o  Mr. Reynolds won

  o  Mr. Reynolds stopped Langer ScD from stealing IP, under the false information in his disclosure through his 1099 consulting agreement, in direct violation of his consulting agreement causing extensive harm to Frank Reynolds Corporation and others.

Motivated by a 1990-2006 lack of any Langer Lab's linked FDA approved products on the market.

- Langer was motivated by financial and professional awards and recognition.

14

- Robert S Langer ScD established a pattern of claiming Mr. Reynolds did not invent patents that Mr. Reynolds filed himself and added Langer to after Mr. Reynolds filed the patent application.

Mr. Reynolds Paid InVivo Therapeutics W-2 Employee Christopher Pritchard a more than $200,000 Salary, full-benefits, 100% tuition, stipend, car allowance, and Pritchard assigned all patents to Mr. Reynolds.

Pritchard received the fastest Chemical Engineering PhD Degree in MIT History, just 29-months to complete. How?

a. Langer ScD Approved his 29-month Chem Engineering PhD, so Pritchard could leave the science labs and not look back at his Langer Lab experience

b. Christopher Pritchard Fall 2010 PhD dissertation was highly anticipated by everyone on Mr. Reynolds InVivoCore Scaffold team, so Mr. Reynolds attended

   i. Pritchard would be presenting Reynolds' 2005-2010 Scaffold devices as his dissertation which effects all of Mr. Reynolds intellectual assets.

   ii. Shockingly Pritchard presented Reynolds' 9/7/2009 and 4/16/2015 USPTO US filed Patent for Mr. Reynolds Hydrogel delivery system to MIT administration, and Dr. Langer ScD

   iii. Pritchard claimed he invented it, and Langer ScD approved his PhD dissertation in about 40 minutes

c. Right inside Pritchard's dissertation defense, Reynolds had a Bernstein Moment with Langer ScD/Pritchard.

      i. It was obvious to anyone, not oblivious to realty, that Langer ScD was going to try to steal the Gel platform.

      ii. In 2010, Mr. Reynolds founded Frank Reynolds Corporation to protect his assets specifically from Robert S Langer ScD, which would also protect assets from other external forces or external parties.

d. Dr. Pritchard's dissertation included information right from Mr. Reynolds 2009, and 2010 USPTO filed hydrogel patent and Mr. Reynolds Q1 2010 USPTO filed patent application so the dissertation should have been rejected as prior published art/work and it would be published at a government website the USPTO

      i. Mr. Langer did not work for InVivo Therapeutics, he was an outside 1099 paid consultant.

      ii. Mr. Langer never had the authority or responsibility to file or process Mr. Reynolds USPTO patent applications, or trademark applications

      iii. On 8/12/2010, Mr. Langer filed a gel drug delivery system patent, that was word for word the same exact patent application filed at the USPTO by Mr. Reynolds in 2009.

            1. The 9/7/2009 and 4/16/2010 USPTO Patent filing time-stamped Mr. Reynolds as first inventor and Robert S. Langer ScD as 7th inventor

            2. On August 12, 2010 Langer's identical patent listed Langer ScD 1st inventor and Mr. Reynolds as 8th inventor. Langer ScD added non-involved Dan

- Pritchard later explained to Mr. Reynolds, that Langer ScD demanded the 8/12/2010 patent filing in exchange for his PhD.  At that point Pritchard just wanted out of Langer Lab and science and move on to a full-time MBA program.
  - Pritchard correctly thought, by the time Langer ScD finds out Reynolds already submitted the same patent, it will be 2012 and the PhD will have been awarded.

- On August 12, 2010, Langer ScD refiled Mr. Reynolds Hydrogel Drug Delivery System filed USPTO patent application and he filed the Patent at MIT as Langer's own patent.
  - According to Pritchard, Langer ScD forced Pritchard to steal Mr. Reynolds early 2010 patent application, in exchange for Pritchard's 29-month MIT PHD in Chemical Engineering from MIT.
  - Pritchard completed the fastest MIT PhD in Chemical Engineering, in history, by handing in other people research, with Langer ScD signing off within 40 minutes. **Langer filed document EXHIBITS K**

## SECOND TIME STAMPED USPTO PATENT APPLICATION THEFT BY ROBERT S LANGER SCD.  Mr. Reynolds JULY 12, 2011 InVivoCore USPTO Filed Patent

InVivo Therapeutics InVivoCore Scaffold=

- Mr. Reynolds received FDA approval for human studies of the InVivoCore Scaffold in March 2013.
- The only patent filed at the USPTO to cover the InVivoCore Scaffold that is implanted in humans today was filed by Mr. Reynolds, its' inventor.

- Mr. Reynolds time stamped the 7/13/2011 USPTO filed patent with Langer ScD listed as fourth inventor.

- Langer's signed the 7/13/2011 USPTO paperwork with Mr. Reynolds listed as first inventor.

- In Q4 2014, Mr. Reynolds InVivoCore Scaffold became the only FDA approved Neural scaffold to be implanted in a human.

See Exhibit C.  USPTO patent No. 61/507,505 filed by Mr. Reynolds July 13, 2011 with Mr. Reynolds listed as first inventor.

July 12, 2011 InVivo Therapeutics InVivoCore USPTO filing Exhibit E

    A. In Q4 2010, the FDA rejected InVivo Therapeutics 3-D printed Scaffolds for human studies, so InVivo Therapeutics InVivoCore Manufacturing requirements required a new scaffold and a new USPTO patent filing for several reasons.

    B. Reynolds filed a new USPTO InVivoCore Scaffold patent on July 13, 2011.

        a. Robert S Langer ScD is listed as 4th inventor, which demonstrates Mr. Reynolds kindness to Langer ScD after Langer's lab problems.

## **The Third Significant USPTO Patent application Theft by Robert S Langer**

*The PixarBio NeuroScaffold The Injectable Neural Scaffold for spinal cord injury.*

Langer ScD states he invented Mr. Reynolds 2015 injectable spinal cord injury treatment, the NeuroScaffold

- Reynolds labs at PixarBio invented the injectable Scaffold Late 2014-2015
    - o By 3/17/2015 the NeuroScaffold was a viable product, so the Brand Name NeuroScaffold was filed as a USPTO trademark on 3/21/2015
    - o Many months later Mr. Reynolds competitor InVivo Therapeutics filed a trademark for a similar name to Mr. Reynolds NeuroScaffold.
        - Langer ScD claimed he invented the NeuroScaffold in numerous FBI 302's until he changed his testimony on 10/8/2020, right after the jury was seated.
        - This is not semantics, the NeuroScaffold remains a novel spinal cord injury treatment platform complete with a USPTO filed trademark application.
    - o On 10/8/2019, a week into Mr. Reynolds trial, Langer ScDs changed his testimony to state Mr. Reynolds hypothetically invented additional NeuroScaffolds.

Langer ScD did not correct the January 4, 2017 public statement, so it continues to harm Mr. Reynolds and Frank Reynolds Corporation.

- In 2015, The Journal of Brain cancelled the publication of Langer ScD's fake honey-pot primate study data, because UCLA researchers hired by Mr. Reynolds confirmed that Langer ScD's primate data was false

- In January 2017, Langer ScD then published the fake honey-pot primate data in the Journal of Biomaterials.  <u>EXHIBIT M</u>  Langer Published fake primate data paper

    o  Langer ScD was founding editor of Journal of Biomaterials

    o  Editors of Journal of Biomaterials did not retract the fake primate data, so the harm to Frank Reynolds Corporation continues

    o  Publishing the false primate data, conflicts with his signed 2/23/2017 <u>D&O disclosure. EXHIBIT B</u>

- See Langer ScD's handwritten answers to the positions Langer ScD held in the prior five years, before Feb 2012-2017.

    o  Langer ScD did NOT, list InVivo Therapeutics as a position or conflict of interest with PixarBio, and he explained to Mr. Reynolds that since Mr. Reynolds left InVivo Therapeutics, Langer ScD had stopped working with InVivo Therapeutics.

    o  Mr. Reynolds stopped Langer ScD Lab contributions to the science in Q4 2010 so going back 5 years from 2/23/2017, seemed like Langer signed on the truth, but it was false.

No one at Frank Reynolds Corporation, or PixarBio Corporation expected Langer ScD to ever support the Jan 4, 2017 false inventorship statements regarding the InVivo Therapeutics InVivoCore Scaffold or the Pixarbio NeuroScaffold.

Langer ScDs False statements not only betrayed the more than a decade long business relationship between Mr. Reynolds and Robert S. Langer, but the violation of loyalty is astounding as Mr. Reynolds has committed to:

- Help Langer ScD be added to all of Mr. Reynolds patent applications

- Help Langer ScD become #1 on the USPTO filed patent applications.

- Help Langer ScD become #1 on the USPTO issued patent applications.

- Win the Nobel Prize in Medicine- Reynolds allowed Langer to Present his primate research to the Nobel Foundation in 2010

Since Q4, 2010, when Mr. Reynolds stopped working with Langer lab, there have been zero FDA products coming out of Langer's Lab since before the year 2000.

**Frank Reynolds Corporation (FRC) EIN 46-3524724**

Founded in 2010, Frank Reynolds Corporation (FRC) was in Lafayette Hill, PA from 2010-2012, in Salem, NH from October 2012 – March 2018, and since March 2018 located in Fort Myers, Florida.

FRC controls the revenue and costs associated with Francis M Reynolds' Intellectual Assets and intellectual property.

- R&D licensure

- Product licensure

- Published and unpublished research

- Scientific inventions

- Medical inventions

- Consulting etc.

Frank Reynolds Corporation Revenue is generated by Francis M Reynolds intellectual assets and property, including but not limited to:

- All USPTO filed patent applications 1984-present,

- All trade secrets,

- All USPTO filed trademarks

- All issued USPTO patents 2006-2020

- All Neurological assets

## Langer ScD History of Losing Ownership of IP

- Langer ScD's own historical patent strategy, generated revenue based on conducting or completing early stage research reward, with high early dilution for Langer ScD and his investors.

- Langer MIT Bio claims over 250 R&D projects, yet it is hard to find three products with Langer's drug delivery systems.

   - His second FDA approved product Risperdal, had a Fall 2018 Jury Award of $8 Billion, then reduced to $6.7 Billion by the Judge for Langer's successful schizophrenia drug

   - Risperdal patent lawyers contacted Mr. Reynolds and reviewed the FDA label, to find that there are no Langer Lab drug delivery system components in the schizophrenia drug

Where are all Langers FDA approved Products

- o First product was invented in the late 1980's-1990's FDA

    - ▪ Gliadel wafer has an exceedingly small market

- o Investors know this as they hard press Reynolds to prove Langer FDA approval statements.

    - ▪ Can anyone identify a third product from Langer Lab to have FDA approval with Langer lab technology in it?


**Langer Wanted the Wharton School Advantage from Reynolds**

Robert S. Langer ScD wanted to learn what The Wharton School Taught Reynolds.

- • An anti-dilution R&D Product development model based on Project management Institute Principles.

- • In 2012, Reynolds team of 100 began calling his product development model, the "Reynolds School of Business" (RSB) bringing together the best of Harvard, Wharton and MIT into platform Neurological inventions.

- • RSB is a revenue reward model for Product Development success.

    - o Focused on limited early dilution and high reward for real products developed.

    - o RSB is not focused on research conducted or research completed but on product success.

Langer ScD requested that Reynolds teach Langer ScD the Global Business side of Pharma so Langer ScD could bring more to his Wyeth board meetings and to keep more ownership of his start-up companies.

- o Mr. Reynolds was a global business development executive at Siemens responsible for global business development for the pharmaceutical sector in over 100 countries and had global responsibilities for GlaxoSmithKline or GSK in more than 100 countries.

Frank Reynolds Corporation was harmed by Langer ScD's statements to the press, the signed false disclosure, as the value of Frank Reynolds Corporation and PixarBio intellectual property was questioned by the government.

- Based on Pre-clinical data, PixarBio's NeuroRelease 14-Day has the potential to replace morphine and Oxy-Contin in the operating room
- Langer ScD agreements were used to set Frank Reynolds Corporation strategic direction and corporate tasks.

Langer ScD's testimony to the FBI, and to other Federal government employees regarding inventorship of Mr. Reynolds InVivo Therapeutics InVivoCore Scaffold, and the NeuroScaffold, Langer ScD are clearly false statements, based on USPTO time-stamped evidence, and they were harmful.

- Mr. Reynolds Neuroscientist Career Is Time-Stamped to Protect Against Robert S Langer ScD,
- As a matter of practice, Langer ScD makes false statements regarding his 2002 PNAS spinal cord injury paper using stem cell line HFB-2050 and then his 2006-2008 stem cell line HFT-1030.

Langer claims a January 2006 USPTO filed electrically conducting polymer patent application that Mr. Reynolds paid $75,000 to file in 2006, is the real InVivoCore scaffold.

- This is intentional fraud
- Langer intentionally presents Rajiv Saigal's 2004-2006 failed polypyrrole mini tube, packed with stem cells, as the InVivoCore Scaffold and/or as the PixarBio NeuroScaffold.
  - The 2006 Saigal patent covers Polypyrrole (PPy):
    - PPy is a FDA approved plastic
    - PPy is FDA approved to wrap chicken in a supermarket
    - PPy is NOT ALLOWED in human bodies, anywhere
    - More importantly, the FDA never approved PPy to be part of the InVivoCore Scaffold study

PPy is not biodegradable and has NEVER been approved by the FDA to be part of the InVivoCore Human studies.

  - Langer continues in 2020 to trick people into believing the PPy patent is the InVivoCore Scaffold patent application or the NeuroScaffold patent application
  - PPy is an electrically conducting polymer

Over 95% of Mr. Reynolds InVivoCore Scaffold is bio-degradable and it is made of FDA approved PLGA

Langer knows that Reynolds USPTO filed many Scaffold patents and Langer knows the difference between PLGA and PPy

**Langer ScD faced perjury charges if he testified in October 2019**

Mr. Langer false statements led to Mr. Reynolds criminal trial which started on 10/2/2019.

After the jury was seated on 10/8/2019, which was the 7th calendar day of Mr. Reynolds criminal

trial, in the docket 1:18-10154-DPW-1, Robert S Langer ScD was informed that he will be called

to testify during the trial.

- Langer ScD suddenly contacted the FBI and Robert S Langer ScD revealed in a FBI 302,
  that Mr. Reynolds "hypothetically" invented the NeuroScaffold, contradicting years of
  Robert S Langer ScD false statements.

- Langer ScD, ScD committed years of fraud against Frank Reynolds Corporation, Francis
  M. Reynolds and PixarBio Corporation casing severe harm to the plaintiff.

**Langer ScDs harm to Frank Reynolds Corporation, Francis M. Reynolds and PixarBio
Corp.**

- Mr. Reynolds never worked for Robert S Langer

- Students in Langer ScD's academic lab assign their science to Robert S. Langer ScD so in
  academia Langer ScD claims ownership of everything in his lab.

  o Mr. Reynolds was not a student at Langer ScD Lab

- From late 2006- his termination on 3/6/2017, Robert S. Langer was an external 1099
  consultant to Mr. Reynolds research and development

  o None of Mr. Reynolds patents belong to Robert S. Langer ScD or none allowed
    Langer to claim Mr. Reynolds was not an inventor of the technology.

- With a 1099 contract Langer ScD was an external party to PixarBio Corp and his words stole the intellectual assets of Frank Reynolds Corporation.

**Langer ScD Routinely Made False statements claiming he invented first generation of neural scaffold.**

- Langer claims he invented the first Neuroscaffold
- Anyone can search and find USPTO filed a large amount of Neural scaffold patent applications from 1960's, and 1970's
    - Before Langer ScD even entered college so when Langer ScD states, that he invented the first neural scaffold that is a false statement.

Since 2008, Mr. Reynolds 4-step mantra on Langer ScD and inventorship

1) If Langer invented the wheel
2) and if helicopters had wheels
3) Langer would say he invented the helicopter
4) So, time stamp ALL USPTO patent filings, before adding Langer ScD to anything you value.

In December 2005, after Reynolds experiences "Bernstein Moments" with Langer ScD.

- The Wharton School taught Mr. Reynolds about, Bernstein Moments.
- Bernstein moment is when a scientist(s) is caught lying about projects, with the motivation being a financial reward or project grant approval project grant extensions.
- Mr. Reynolds protected his intellectual assets from scientists.

- The Bernstein moments with Langer ScD, began the week after Mr. Reynolds founded InVivo Therapeutics on 11/28/2005.
    - Langer ScD promised 100+ Spinal cord injury patents related to his 2002 PNAS SCI regeneration paper and the MIT Technology License Office informed Mr. Reynolds they did not exist, so Mr. Reynolds began his own research on spinal cord injury.
    - Mr. Reynolds invented a new scaffold without cells to neuro-protect the spinal cord after an acute spinal cord injury and Mr. Reynolds named it the InVivoCore Scaffold.

Since Q4, 2010 Dr Langer ScD remained boxed outside of Mr. Reynolds R&D labs, and he was kept a 1009 consultant.

- To protect Mr. Reynolds shareholders from Langer ScD's theft of IP, Mr. Reynolds patent filing policy became to add Langer ScD's name after, the initial USPTO filed patent filing, to ensure Langer ScD cannot claim original inventorship by separating the time stamp dates of USPTO patent filings.
- Reynolds team IP strategy to setup honey=pots was an unintentional honey-pot trap for Robert S. Langer ScD Since Q4 2010.

## Fourth Theft of Mr. Reynolds Intellectual Assets by Robert S Langer ScD-

Published Fake primate Data

Robert S Langer was terminated on March 6, 2017 for publishing fake primate data in the Journal of Biomaterials.  Exhibit C Holzhaus Email to Langer- Langer termination

- The true, real and accurate primate research data is owned by Mr. Reynolds
- Mr. Reynolds lab designed, contracted, implemented, micromanaged, researched and developed a wide range of Neuroscience technologies, completed over more than five years by Mr. Reynolds and more than 100 scientists, engineers and advisors other than Robert S. Langer.

Robert S Langer ScD Published A known False Version of Mr. Reynolds Real Primate Data

- Years of emails with Langer will reveal Langer knew the primate data he held was honey-pot data or fake data.
- Mr. Reynolds owns the 2007-2-13 Seminal Primate Study Data from his Spinal Cord Injury research conducted at Yale University affiliated Primate center on St Kitts
    - The Scaffold in humans today was invented at Reynolds Lab
    - Robert S Langer ScD does not own Mr. Reynolds real primate data.
    - Robert S Langer ScD was always a 1099 consultant to Mr. Reynolds primate study project.
- Robert S Langer ScD had and has no right to destroy the value of the seminal neuroscience research captured over more than five years of Mr. Reynolds research
    - The real primate data was bought and paid for by Mr. Reynolds

       o  Langer ScD had misled the government, the science world.

In January 2017, Langer ScD knew the fake primate data was to be published in his own Journal, yet he did not inform Mr. Reynolds as of 2/23/2017 D&O signing

- Langer ScD was a founding editor of the Journal of Biomaterials, and Langer ScD's Journal published the fake honey-pot data, yet he signed the D&O disclosure.
  - o The Executive staff of the Journal of Biomaterials are aware the published data is from a fake honeypot
  - o Langer ScDs' co-founded Journal of Biomaterials and they have not retracted the article because Langer ScD was the founding editor of their Journal.
  - o The Journal of Biomaterials has culpability in the intellectual property primate data theft.
  - o Maintaining the paper in the public space continues the harm and damages to Frank Reynolds Corporation

Langer ScD Published 2014 Fake Primate Defaming Mr. Reynolds vs InVivo Therapeutic <u>Exhibit M. The Q1 2017 Fake Primate Study Data Paper</u>

InVivo Therapeutics investor relations rep Brian Luque told, InVivo Therapeutics investors that Reynolds primate data was fake.

- InVivo investors filed affidavits in support of Mr. Reynolds claims, that the Reynolds 2007-2013 primate research was reported to InVivo investors to be fake data.

- InVivo Therapeutics knew InVivo Therapeutics only had the fake honey-pot data, and they also knew Mr. Reynolds owned and still owns the real 2007-20013 primate data

In January 2017, Langer ScD publishes fake primate data, that was known to be a fake cyber-security honey pot "primary primate data" and "most important primate data" folders created and stored at One Kendall Square Cambridge, MA.

In the end Langer ScD reputation in part misled the US government to file criminal charges against the Plaintiff Mr. Reynolds

> The US government staff, ignored Reynolds' USPTO time-stamped patent filing evidence
>> - The government deferred to Robert S Langer ScD's false testimony
>> - Langer ScD never filed one patent on Mr. Reynolds' more than 77 USPTO US/INTL filed patent applications
>> - Langer ScD knows Mr. Reynolds filed the USPTO patents for the InVivo Therapeutics InVivoCore Scaffold, because Mr. Reynolds listed Mr. Langer ScD as fourth inventor on 7/12/2011.
>> - Langer ScD knows the NeuroScaffold was invented at PixarBio in 2014 and 2015, and trademarked in March 2015

**For Investors Looking for FDA approved Products, Langer Fails over 95% of the time.**

> 250 projects= divided by 2 products that Langer alleged to be FDA approved represents more than 99% failure for the 250 projects

**Patterns of Bad Science and Biased Science in R&D design, research, and development were standard at Langer ScD Lab Q4 2005-Q4 2010**

- Bad Science with Langer ScD never stopped
- In Q4 2010, Mr. Reynolds removed Langer's input into any science, and he protected his shareholders from the low quality of Langer ScD Lab output. By building his own labs and hiring his own scientists.

On 11/28/2005 Reynolds founded InVivo Therapeutics o Therapeutics intending to license more than 100 Langer ScD spinal cord injury regeneration related patents covering the growing of new spinal cord tissue based on Langer ScD PNAS 2002 paper.

- o By 11/28/2005 the HFB-2050 Stem Cell line, was declared fake, based on three post-docs testifying that the PNAS paper's senior author, Evan Snyder
- The first week of December 2005, the MIT TLO said the patents did not exist, so Reynolds refused to issue Langer ScD any founders shares
- December 2, 2005 Did not have 100 patents for SCI so I issued him zero shares
  - o PNAS 2002, HFB-2050 three post-reports fraud
  - o Jan 2006 Patent application stem cell line HFT-1030, which was based on failed Langer ScD lab project.  The projects used an electrically conducting polymer, which is only FDA approved for chicken packaging
- 2008 Pritchard-Langer Scaffold fell apart and had to be tied with black sewing thread
- 2009 Pritchard-Langer Scaffolds crumbled to powder
- 2010 Pritchard Hydrogel Dissertation theft of gel

By the time Mr. Reynolds signed up Langer in late 2006, as a consultant to Mr. Reynolds lab, there was not any spinal cord injury research being conducted at Langer Lab.

### Damages Sought- Compensatory, Punitive, Costs, Fees

**In Q4, 2016, Mr. Reynolds net worth exceeded $1,000,000,000 (One Billion dollars)**

  o Robert S. Langer ScD made false statements that harmed Mr. Reynolds and the Frank Reynolds Corporation, harming Mr. Reynolds reputation and harming Mr. Reynolds net worth.

We expect Mr. Langer to return all 12,203,175 shares of common stock of PixarBio Corporation issued from Mr. Reynolds equity holdings, so they should be returned to Mr. Reynolds

On April 24, 2018, Robert S. Langer ScD false statements caused the US government, the FBI to arrest Mr. Reynolds for false statements about inventing the InVivoCore Scaffold, the NeuroScaffold and NeuroRelease

- The courts ruled there was no probable cause to arrest Mr. Reynolds so Langer ScDs false statements about inventorship of the NeuroScaffold became the governments prime statements in Mr. Reynolds false statements trial, contributing to Mr. Reynolds conviction on 10/28/2019.

**Mr. Reynolds was never charged with insider trading or stock market manipulation,** but he was charged with Securities Fraud for false statements about his inventorship of Mr. Reynolds InVivoCore Scaffold, and PixarBio's NeuroScaffold inventorship

*On 10/8/2020, Robert S. Langer ScD agreed to testify on Mr. Reynolds behalf and to state Mr. Reynolds did indeed invent the NeuroScaffold.*

- **10/8/2010 was too little too late,** the government repeatedly told judge Woodlock Mr. Reynolds had "NO patents" making Mr. Reynolds appear to be oblivious to reality.
- The government continues to make false statements about Mr. Reynolds inventorship, based on Robert S. Langer False statements
- Since Mr. Reynolds conviction, Langer ScD continued to harm Frank Reynolds Corporation, Francis M Reynolds and PixarBio Shareholders with statements to the Boston Globe

**The damages will exceed Mr. Reynolds net worth in Q4 2016.**

Robert S Langer ScD Action Caused Harm to Frank Reynolds Corporation.

- Langer ScDs Slander and Libel Attacking Reynolds Seminal R&D Career in Spinal cord injury, and acute/chronic pain.
- Loss of revenue from NeuroRelease 14-day
- Loss of Revenue from the InVivoCore Scaffold
- Loss of Revenue for NeuroRelease 3-Day and 7-day dosages

Langer ScD extends the statute of limitation every time he continued to libel and slander Mr. Reynolds, so the statute of limitation goes back to before 2010.

- Damages will be determined after discovery in this case is complete, but the significant harm caused by Langer ScD's false statements regarding:
  - o   Mr. Reynolds inventorship of the InVivo Therapeutics InVivoCore Scaffold.
  - o   Mr. Reynolds inventorship of the NeuroScaffold.
  - o   Other Intellectual Property owned by Frank Reynolds Corporation.

Historical steady growth of Mr. Reynolds net worth was unabated for over 25 years until Robert S. Langer ScD supported public false statements about Mr. Reynolds inventorship of the InVivoCore Scaffold and the NeuroScaffold.

- In 1993, Mr. Reynolds became a Millionaire
- In 2006, Mr. Reynolds net worth exceeded $10,000,000.00
- In 2010, Mr. Reynolds net worth exceeded $50,000,000.00
- In 2013, Mr. Reynolds net worth exceeded $100,000,000.00
- In Q4 2016, Mr. Reynolds has a net worth that exceeded $1,000,000,000, or One Billion Dollars.
- In Q1 2017, the government stopped stock trading of PixarBio Stock based in part on Robert S Langer ScD false statements, and his net worth was $165,000,000.00
- In April 2018, after a 15-month FBI and SEC investigation Mr. Reynolds was charged based in part on false statements in Langer ScD's FBI 302's.

Mr. Reynolds was never charged with insider trading or stock market manipulation, but he as charged with Securities Fraud for false statements about his own filed patents for Mr. Reynolds InVivoCore Scaffold, and PixarBio's NeuroScaffold inventorship

In April 2018, The FBI and SEC falsified the evidence:

> To arrest Mr. Reynolds,
>
> To seize and search for insider trading or stock market manipulation
>
> o The April 2018 criminal case was triggered and supported by false statements made by Robert S Langer ScD

- The US District Court of MA case is 1:18-10154-DPW-1, and it is being appeal through the First Circuit Court of Appeals.  The truth is time stamped
  - Mr. Reynolds expects a special prosecutor/counsel will be investigating the actions of the Federal employees for falsifying evidence in Mr. Reynolds case.
  - Brady, Jencks and Leon violations were ignited by Robert S Langer ScD false statements.
    - Langer's false statements me be the prime reason Judge Woodlock even allowed the case to proceed through trial.

**Since January 2017, Langer has maintained a steady stream of Langer's False Statements made under penalty of perjury, and they were made to the FBI, SEC, and DoJ**

- In January 2017, Langer ScD made his false statements to FBI, DoJ, SEC, as well as other Federal employees

- In April 2018, Mr. Reynolds net worth exceeded $165,000,000, the severe drop in net worth caused in part by Robert S Langer ScD, ScD inventorship claims regarding Mr. Reynolds own filed USPTO filed patents

The damages will be based on the harm caused to Frank Reynolds Corporation Assets, harm to Francis M. Reynolds Assets and harm to PixarBio shareholder assets.

The damages will include compensatory, and punitive in excess of $1,000,000,000.00 (One Billion Dollars)

Defendants Address:

Robert S Langer
98 Montvale Rd.
Newton, MA 02459

Respectfully submitted

Francis M. Reynolds

Mailing Address:
Francis M Reynolds
99 Needham St, Unit 1210
Newton, MA 02461

Home Address:
Francis M. Reynolds
4250 Steamboat Bend
Fort Myers, FL 33919
(484) 919-6424
freynolds@sloan.mit.edu